Deborah GILL, Petitioner—Appellant,

v.

**DEPARTMENT OF CORRECTIONS,**
Respondent—Appellee.

No. 06–7903.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 4, 2007.

Decided: June 14, 2007.

Deborah Gill, Appellant Pro Se.

Before MICHAEL, TRAXLER, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Deborah Gill, a state prisoner, seeks to
appeal the district court's order denying
relief on her 28 U.S.C. § 2254 (2000) peti-
tion. The order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2000). A prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that any as-
sessment of the constitutional claims by
the district court is debatable or wrong
and that any dispositive procedural ruling

by the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Gill has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*